UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION

USA,

        Plaintiff,

    v.                                             Case No. 4:12-cr-177-02

Nicholas James Gordon Woodford,

        Defendant.

Clerk's Minutes of Proceedings

| | |
|---|---|
| The Honorable Daniel L. Hovland | Date: October 21, 2013 |
| Bismarck, North Dakota | Time: 1:30 p.m. |
| Court Reporter: Sandie Ehrmantraut | Recess: 2:30 p.m. |
| Proceeding: Sentencing Hearing | Clerk: Kari M. Knudson |
| Appearances: | USPO: Kera Helderop |

    Ross Espeseth, CJA, for Defendant
    David Hagler, ASUA, for Plaintiff

Court in session – Defendant present.
Court notes appearance of counsel.
The parties have no factual disputes or objections to the Sentencing Guideline calculations.
Ann Woodford, sworn and testified for the defendant.
Court entertains sentencing recommendations from the parties.
Government moves for a departure from the Sentencing Guidelines.
Defense counsel requests a non-guideline sentence.
Defendant addresses the Court.
The Court adopts the factual findings and Sentencing Guideline calculations set forth in the PSR.
Court grants the Government's request for a downward departure.
Court denies request for a non-guideline sentence.
Sentence imposed.
The defendant informed of his right to appeal.
Government moves to dismiss Count Two of the Indictment.  Court grants motion.
Court in recess.